Gates *v.* Gates.

---

ANNA GATES, defendant and appellant,

*v.*

HERMAN B. GATES, complainant and respondent.

[Filed June 18th, 1900.]

On appeal from a decree advised by Vice-Chancellor Stevens, whose opinion is reported in *14 Dick. Ch. Rep. 100.*

*Mr. Alexander Simpson* and *Mr. John P. Stockton,* for the appellant.

*Mr. Henry B. Twombley,* for the respondent.

PER CURIAM.

The decree appealed from is affirmed, for the reasons given by Vice-Chancellor Stevens in his opinion in the court of chancery.

*For affirmance*—THE CHANCELLOR, VAN SYCKEL, LIPPINCOTT, GUMMERE, LUDLOW, BOGERT, ADAMS, VOORHEES—8.

*For reversal*—THE CHIEF-JUSTICE, DIXON, GARRISON, COLLINS, HENDRICKSON—5.